IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARY J. PARLIER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 11-CV-01586 ) ) Judge: John A. Nordberg |
| LVNV FUNDING, LLC and WELTMAN, WEINBERG & REIS CO., LPA, | ) ) Magistrate Judge Susan E. Cox ) |
| Defendants. | ) ) |

## CORPORATION DISCLOSURE STATEMENT

Defendant Weltman, Weinberg & Reis Co., L.P.A., by and through its attorneys David M. Schultz and Jennifer W. Weller and for its Corporate Disclosure statement states as follows:

There is no parent corporation or affiliate that owns 5% or more of Weltman, Weinberg & Reis Co., L.P.A.'s stock.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

By: s/*Jennifer W. Weller*
 One of the attorneys for Defendant
 Weltman, Weinberg & Reis Co., L.P.A.

David M. Schultz
Jennifer W. Weller
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000

130090670v1 0838180 02866

## **CERTIFICATE OF SERVICE**

  I, Jennifer W. Weller, an attorney, certify that I shall cause to be served a copy of the **CORPORATION DISCLOSURE STATEMENT** upon the below listed individual(s), by deposit in the U.S. mail box at 222 North LaSalle Street, Chicago, Illinois 60601, postage prepaid, before the hour of 4:00 p.m., messenger delivery, Federal Express, facsimile transmitted from (312) 704-3001, or electronically via the Case Management/Electronic Case Filing System ("ECF") as indicated, on **April 25, 2011.**

| | | |
|---|---|---|
| ☒ | CM/ECF | *To All Parties of Record* |
| ☐ | Facsimile | |
| ☐ | Federal Express | |
| ☐ | Regular U.S. Mail | |
| ☐ | Messenger | |
| ☐ | E-Mail | |

                    HINSHAW & CULBERTSON LLP

David M. Schultz          s/ *Jennifer W. Weller*
Jennifer W. Weller          Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com
jweller@hinshawlaw.com

130090670v1 0838180 02866