**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Mary J Parlier
                          Plaintiff,

v.                                          Case No.: 1:11−cv−01586
                                                Honorable John A. Nordberg

LVNV Funding, LLC, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 17, 2011:

      MINUTE entry before Honorable Susan E. Cox: Status hearing held. Rule 26(a) disclosures to be made on or before 5/24/11. Fact discovery deadline set for 12/2/11. Parties are to promptly bring any discovery disputes to the Court's attention. Status hearing set for 9/7/11 at 9:30 a.m. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.